■ STEPHEN D. DONAHUE, Appellant, v THE QUIKRETE COMPANIES et al., Respondents. (Appeal No. 1.) [796 NYS2d 283]—Appeal from an order of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered May 3, 2004 in a personal injury action. The order denied plaintiff's motion to set aside the jury verdict and grant judgment as a matter of law or, in the alternative, grant a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Green, J.P., Hurlbutt, Martoche, Lawton and Hayes, JJ.